WILLIAM J. O'BRIEN, Doing Business as O'BRIEN SPECIALTY COMPANY, Appellant, v. CUNO ENGINEERING CORPORATION, Respondent.— All concur. (Appeal from a judgment dismissing plaintiff's com-

plaint in an action to reform a contract.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.